JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN MARTINEZ, an individual;<br><br>Plaintiff,<br>vs.<br><br>CITY OF ONTARIO, et al.,<br><br>Defendants. | Case No. 5:21-CV-01099-JGB-SPx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

## ORDER

Having reviewed the parties' joint stipulation for dismissal and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against all Defendants is dismissed, with prejudice, in its entirety. Each party will bear their own costs and fees.

Dated: September 21, 2023

_____
Honorable Judge Jesus G. Bernal
UNITED STATES DISTRICT JUDGE